AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

FILED
JAN 09 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Miguel Angel MORA | ) | Case No. DR-24-084M-01 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/08/2024  in the county of  Maverick  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 554 | Knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, in violation of Title 18, United States Code, 554. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kara Kocurek, HSI Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/9/24

_____
Judge's signature

City and state:  Del Rio, Texas    Matthew Watters, United States Magistrate Judge
_____
Printed name and title

# Attachment "A"

On January 8, 2024, Miguel Angel MORA, a United States Citizen, arrived at the Eagle Pass, Texas Port of Entry (POE) attempting to travel outbound to Mexico. MORA stated he had nothing to declare and was referred to secondary for further inspection. During secondary inspection, Customs and Border Protection Officers (CBPOs) located a firearm, two magazines, and 50 rounds of ammunition concealed in a welding machine. Homeland Security Investigations (HSI) Del Rio special agent (SA) was notified and responded to further investigate.

At the Eagle Pass POE, MORA was read his Miranda rights by HSI SA in the English language with a CBP Officer present. MORA waived his Miranda rights both verbally and in written form and chose to speak to HSI SA and CBP Officer. During the post-Miranda interview, MORA freely admitted to knowing that he was transporting a firearm from the United States into Mexico.

MORA stated he purchased the firearm approximately 4 days prior in New Hampshire. MORA stated he has traveled to Mexico at least once a year and knows it is illegal to transport a firearm to Mexico from the United States. MORA admitted he bought the firearm and packed it in his vehicle for the purpose of taking it to Mexico. MORA admitted to hiding the firearm in a welding machine in order to transport the weapon.

The facts of the case were presented to Assistant United States Attorney (AUSA) Warsame Galaydh, who accepted federal prosecution of MORA for a violation of 18 U.S.C 554, Smuggling Goods from the United States..